```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 01514
   CAROL BALLIET
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA
       Debtor
   SSN XXX-XX-3913


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/24/08 and confirmed on 06/23/08.

   2.  The case was converted to Chapter 7 after confirmation, 12/03/2008.

   3.  The Debtor paid a total of $   4295.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG         .00             .00            .00
GMAC RESCAP LLC            MORTGAGE ARRE      925.14             .00         925.14
GMAC RESCAP LLC            SECURED               .00             .00            .00
GMAC RESCAP LLC            MORTGAGE ARRE     3308.30             .00         370.75
CORPORATE AMERICA FEDERA   SECURED VEHIC         .00             .00            .00
LUTHERAN GENERAL HOSPITA   UNSECURED       NOT FILED             .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED        9496.21             .00            .00
FIFTH THIRD BANK           UNSECURED        5273.54             .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1726.38             .00            .00
NICOR GAS                  UNSECURED         367.69             .00            .00
COTTONWOOD FINANCIAL LTD   UNSECURED         914.35             .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED        1285.81             .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED        3398.32             .00            .00
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   4233.44        .00      22462.30          .00        26695.74
PRINCIPAL PAID       1295.89        .00           .00          .00         1295.89
INTEREST PAID            .00        .00           .00          .00              .00
TOTAL PAID           1295.89        .00           .00          .00         1295.89
The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $    3500.00
and was paid $    750.00  direct and $    2750.00  through the plan.

The Trustee received $     249.11 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 02/18/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE